No. 92–1290. RESHARD *v.* COMMITTEE ON ADMISSIONS FOR THE DISTRICT OF COLUMBIA COURT OF APPEALS. Ct. App. D. C. Certiorari denied.

No. 92–1300. KENDALL ET AL. *v.* CITY OF VISALIA, CALIFORNIA, ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 92–1302. INTERNATIONAL RAW MATERIALS, LTD. *v.* STAUFFER CHEMICAL CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–1313. SACRAMENTO COUNTY BOARD OF SUPERVISORS *v.* SACRAMENTO COUNTY LOCAL AGENCY FORMATION COMMISSION ET AL. Sup. Ct. Cal. Certiorari denied.

No. 92–1324. DERVISHIAN ET AL. *v.* DERVISHIAN. Sup. Ct. Va. Certiorari denied.

No. 92–1330. MORRIS ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–1351. CARTER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–1352. PETERSON ET UX. *v.* SOO LINE RAILROAD CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1359. KOUNNAS *v.* VIRGINIA. Ct. App. Va. Certiorari denied.

No. 92–1360. DILLON *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 92–1362. FOSTVEDT *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–1380. WOLAK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5112. PACKER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–6630. CHAKIRIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.